# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBBIE PITTMAN, on behalf of herself :   Case no. 1:25-cv-7788
and all others similarly situated, :
        :
    Plaintiffs, :
        :   **NOTICE OF VOLUNTARY**
    v.     **DISMISSAL WITH**
          **PREJUDICE**

Finnleys Good Findings, LLC, :

    Defendant. :
        :
        :
        :
        :
        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: November 18, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: 844-731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law